IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-061-RLV-DCK

| | |
|---|---|
| HOMELIFE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| MAVERICK INTERNATIONAL, INC., D/B/A MAVERICK MUSIC, INC., and PHILIP WINFIELD, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by Harrison Mann Gates, concerning Michael D. Mueller on April 30, 2014. Mr. Michael D. Mueller seeks to appear as counsel *pro hac vice* for Plaintiff Homelife, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mr. Michael D. Mueller is hereby admitted *pro hac vice* to represent Plaintiff Homelife, LLC.

**SO ORDERED**.

Signed: May 1, 2014

David C. Keesler
United States Magistrate Judge